**\*E-FILED 03-22-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIGHT JOHNSON, | No. C10-00700 HRL |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| TOO LAZY, LLC, | |
| Defendant. | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall randomly reassign this case to another judge.

Dated:   March 22, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-00700-HRL Notice has been electronically mailed to:

2  Dan Chammas     dchammas@venable.com, jyh01@venable.com

3  David Christopher Parisi     dcparisi@parisihavens.com

4  Douglas Craig Emhoff     demhoff@venable.com, csimanian@venable.com

5  Jason David Strabo     jstrabo@venable.com

6  Noah B Steinsapir     nsteinsapir@venable.com

7  Suzanne L. Havens Beckman     shavens@parisihavens.com

8  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.