1
2
3
4
5
6
7
8

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIGHT JOHNSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TOO LAZY, LLC, a California limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 5:10-CV-00700-JF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO STAY CASE**<br><br>*Assigned to the Honorable Jeremy Fogel* |

The Court, having reviewed and considered the Parties' Stipulation to Stay this Action, due and adequate notice having been given, the Court having been duly advised in the premises, and good cause appearing to warrant a stay of this action, and therefore,

IT IS HEREBY ORDERED THAT:

1. The Parties' Stipulation to Stay this Action is hereby GRANTED.

2. This litigation, and all aspects of this case, including the obligation to respond to any pending motion or engage in discovery, shall be stayed until further order of the Court.

3. The hearing on Defendant's motion to transfer set for May 21, 2010, at 9:00 a.m., is hereby taken off calendar;

4. The hearing on Defendant's motion to dismiss set for June 25, 2010, at 9:00 a.m., is hereby taken off calendar; and

5. The hearing on Plaintiff's motion to remand set for June 25, 2010, at 9:00 a.m., is hereby taken off calendar.

6. The Parties will advise the Court of the status of their settlement discussions by July 1, 2010.

Dated this 3rd day of May, 2010

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

LA#271738

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:10-CV-00700-JF